**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BIZAPEDIA, LLC, | |
| Plaintiff, | Case No. 2:14-cv-00220-APG-GWF |
| vs. | **ORDER** |
| DOES 1-10, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's *ex parte* Motion for Leave to Conduct Early Discovery (#9), filed on February 28, 2014.  Because Plaintiff does not show good cause why the Motion should be sealed, the Court will unseal it.  *See* Local Rule 7-5(b).  Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall unseal Plaintiff's Motion for Leave to Conduct Early Discovery (#9).

**IT IS FURTHER ORDERED** that a hearing shall be conducted on the Motion (#9) on **Monday, March 17, 2014 at 10:30 AM** in LV Courtroom 3A before the undersigned.  Plaintiff's counsel shall be permitted to attend the hearing telephonically by calling 702-868-4910, access code 123456, five minutes prior to the hearing on a land-line telephone.

DATED this 5th day of March, 2014.

GEORGE FOLEY, JR.
United States Magistrate Judge