Exhibit A



KRONENBERGER | ROSENFELD

150 Post Street
Suite 520
San Francisco, CA  94108

Phone   415.955.1155
Fax      415.955.1158
www.krinternetlaw.com

January 14, 2014

ComplaintsBoard.com
c/o Mediolex Ltd.
Smerla 3-216a
Riga
Latvia
LV-1006
editor.complaintsboard@gmail.com

**VIA EMAIL AND FIRST CLASS MAIL**

> **RE:   Defamatory and Misleading Postings in Violation of Federal Law, Nevada Law and Complaints Board's Terms of Use**

Dear Sir or Ma'am:

We are legal counsel to Bizapedia, LLC ("Bizapedia").  We are writing in regard to postings on the website located at <complaintsboard.com> (the "Complaints Board Website") that contain false and disparaging statements about Bizapedia.  We encourage you to exercise your discretion as an interactive computer service to remove these defamatory postings.

**Bizapedia**

Bizapedia is a Nevada-based limited liability company, which owns and operates the website located at <bizapedia.com> (the "Bizapedia Website").  Bizapedia collects information from business records that have been publicly filed with various government agencies.  Bizapedia then centralizes this business record information in a searchable database.  The Bizapedia Website allows users to search Bizapedia's business record database using the Bizapedia Website.  All of the business information that Bizapedia provides to its users through its Website is information that Bizapedia obtained from public filings with government agencies.  Bizapedia abides by all relevant state and federal law in its collection and display of this business information.

While Bizapedia does not charge people to run searches on the Bizapedia Website, Bizapedia is a commercial enterprise that generates revenue primarily through online advertising.

**False and Defamatory Posts About Bizapedia**

It has come to Bizapedia's attention that false and defamatory statements have been published on the Complaints Board Website.

- **Excerpt of Statement:** "Bizapedia's registered agent through Inenvi is Incorp Physical Address for Incorp: 2360 Corporate Circle, Suite 400 Henderson, NV 89074-7739   Mailing: P.O. Box 94438   Las Vegas, NV 89193-4438   Ph: 702-

866-2500 or 800-2-INCORP  Fax: 702-866-2689  Doug Ansell; Douglas B. Ansell 3675 Pecos-Mcleod   Las Vegas, NV 89121   Ph: 702-866-2500. . . .
Bizapedia post everyone else's information but hide themselves because they know what they do is illegal. . . .
Company that runs Bizpedia.com is owned by INCORP executives Douglas B. Ansell and Heath Allen. . . . They take your information and under INEVI, Inc., simply abuse it! The funny stuff is that Doug Ansell and Allen Heath aka Heath Allen d/b/a INCORP and INEVI has been previously convicted and sentenced to 16-40 months in jail time for possession of CHILD ***!!! This is the man that takes your information and publishes it on Bizapeida.com!!! . . . Shame on Douglass B. Ansell and Heath Allen and INCORP for exploiting public records for your financial gain and trying to hide your identities behind privacy proxies."
**Location of Statement:**
http://www.complaintsboard.com/complaints/bizapediacom-please-do-something-to-stop-them-c673644.html

- **Falsities in Statement:** Contrary to the above-referenced statement, Bizapedia is not owned by Inenvi, Inc. ("Inenvi") and Bizapedia's registered agent is not nor has it ever been Incorp Services, Inc. ("Incorp").  Douglas Ansell, is not, nor has he ever been the registered agent for Bizapedia and he is not, nor has he ever been an officer, director, or employee of Bizapedia. Bizapedia does not nor has it ever bought or sold information to or from Inenvi or Incorp.  Heath Allen is not nor has he ever been an "executive" of InCorp. Mr. Allen has never been convicted of any crime related to child pornography, and he has never been sentenced to jail time. Mr. Allen does not sell registered agent services. Bizapedia does not "hide themselves because they know what they do is illegal." On the contrary, Bizapedia's activities are legal and Bizapedia's information is freely searchable on the site with the other 60 million public records.  Mr. Allen has never gone by the name "Allen Heath." No current or former officer, director, or employee of Bizapedia has been convicted of crimes related to child pornography.

---

- **Excerpt of Statement: "**I hired Bizapedia.com to make an advertisement for me and they posted all my personal info there. Are they crazy? I don't want the whole world to know everything about me! Please do something to stop them."
- **Location of Statement:**
http://www.complaintsboard.com/complaints/bizapediacom-please-do-something-to-stop-them-c673644.html
- **Falsities in Statement:** Contrary to this statement, Bizapedia does not provide advertisement creation services and it never has.

This letter refers to the above-referenced statements collectively as the "Statements."   Bizapedia has been harmed by these false Statements.   These Statements have tarnished Bizapedia's reputation and discouraged people from using the Bizapedia Website.

//
//
//
//

ComplaintsBoard.com
January 14, 2014
Page 3 of 4

**Immunity Under the Communications Decency Act; Promotion of Self-Regulation of Content by Webmasters; Complaints Board's   Prohibition of Defamatory, Inaccurate and Abusive Statements**

We are aware that as a provider of an interactive computer service under the Communications Decency Act (CDA), the Complaints Board Website may be immune from liability arising from defamatory speech.  47 U.S.C. §230(c)(2).  However, we must emphasize that an important purpose of the CDA is to promote the self-regulation of interactive computer services and the content displayed through these services.  *800-JR Cigar, Inc. v. GoTo.com, Inc.*, 437 F. Supp. 2d 273 (D. NJ 2006), *citing* 47 U.S.C. §230(c)(1).  Specifically, Congress passed the CDA as drafted in order to provide maximum protection to interactive computer services while promoting these services' self-regulatory activities of policing websites for false and defamatory speech, hate speech, and other speech that is not protected by the First Amendment.  As a beneficiary of the protections afforded by the CDA, Complaints Board promotes the purpose of the CDA by removing content that is false and defamatory—*i.e.* self-regulation while promoting the free flow of constitutionally protected communications.  Thus, the CDA specifically immunizes interactive computer services from liability for any action voluntarily taken in good faith to restrict access to or availability of material that the provider considers to be harassing or otherwise objectionable, regardless of whether such material is constitutionally protected.  *See* 47 U.S.C. §230(c)(2)(A).

Not only is defamatory speech unprotected by the First Amendment, but the publication of such speech violates federal law, Nevada law and Complaints Board's Terms of Use.  Specifically, and as you are aware, Complaints Board's Terms of Use prohibit users from posting any content that would, "Defame, abuse, harass, stalk, threaten or otherwise violate the legal rights (such as rights of privacy and publicity) of others."  Complaints Board's Terms of Use also prohibit users from publishing "any inappropriate, profane, defamatory, infringing, obscene, racist, indecent or unlawful material or information.  Finally, the Terms of Use expressly reserve to Complaints Board the right to remove any unlawful and defamatory posts.

Based on the CDA's promotion of self-regulatory action, and pursuant to Complaints Board's Terms of Use, we respectfully request that Complaints Board exercise its right to investigate and take appropriate action by removing the Statements from the Complaints Board Website.

**Our Request**

As explained above, Complaints Board has the opportunity to promote the publication of accurate and informative content by removing false and defamatory materials from its website.  Bizapedia respectfully requests that Complaints Board fulfill this goal by removing the above-referenced Statements pursuant to the CDA and Complaints Board's Terms of Use.

We look forward to your understanding and cooperation on this matter of great urgency to our client.  If you have any questions about this matter, you may reach me at 415-955-1155, ext. 112, or at jeff@krinternetlaw.com.

//

ComplaintsBoard.com
January 14, 2014
Page 4 of 4

    This letter does not constitute a complete or exhaustive statement of all of Bizapedia's rights, claims, contentions or legal theories regarding this matter.  Nothing stated herein is intended as, nor should it be deemed to constitute, a waiver or relinquishment of any of Bizapedia's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.  Additionally, please let this letter put you on notice that the Statements may result in litigation.  Thus, please put into effect an appropriate litigation hold and ensure that all documents and information relating to the Statements and the authors of the Statements is preserved.

Sincerely,

KRONENBERGER ROSENFELD, LLP

Jeffrey M. Rosenfeld

Exhibit B



KRONENBERGER | ROSENFELD

150 Post Street
Suite 520
San Francisco, CA 94108

Phone  415.955.1155
Fax  415.955.1158
www.krinternetlaw.com

January 14, 2014

ComplaintWire.org
c/o Julia Forte
2054 Kildaire Farm Rd.
Suite No. 318
Cary, North Carolina 27518
fortedomains@gmail.com

**VIA EMAIL AND FIRST CLASS MAIL**

> **RE:  Defamatory and Misleading Postings in Violation of Federal Law, Nevada Law and Complaint Wire's Terms of Service**

Dear Sir or Ma'am:

We are legal counsel to Bizapedia, LLC ("Bizapedia"). We are writing in regard to postings on the website located at <complaintwire.org> (the "Complaint Wire Website") that contain false and disparaging statements about Bizapedia. We encourage you to exercise your discretion as an interactive computer service to remove these defamatory postings.

**<u>Bizapedia</u>**

Bizapedia is a Nevada-based limited liability company, which owns and operates the website located at <bizapedia.com> (the "Bizapedia Website"). Bizapedia collects information from business records that have been publicly filed with various government agencies. Bizapedia then centralizes this business record information in a searchable database. The Bizapedia Website allows users to search Bizapedia's business record database using the Bizapedia Website. All of the business information that Bizapedia provides to its users through its Website is information that Bizapedia obtained from public filings with government agencies. Bizapedia abides by all relevant state and federal law in its collection and display of this business information.

While Bizapedia does not charge people to run searches on the Bizapedia Website, Bizapedia is a commercial enterprise that generates revenue primarily through online advertising.

**<u>False and Defamatory Posts About Bizapedia</u>**

It has come to Bizapedia's attention that false and defamatory statements have been published on the Complaint Wire Website.

- Agreed, they are very nice people on the phone. Keep in mind they represent a CHILD PORNOGRAPHER! I am willing to bet as of today your information is still available. This firm is playing kissy face with the lowest of the lowest!

//

ComplaintWire.org
January 14, 2014
Page 2 of 3

- Funny how your post was not answered. This is how CRIMINALS work. A child pornographer hides in plain sight and continues to get away with it.

- this is a major scam

- I think we need to file complaints against them to FTC, Secretary general....everywhere...so that we shut down this scam company

- Lets close this fraud business!!![1]

This letter refers to the above-referenced statements collectively as the "Statements."

The Statements are false. Bizapedia does not employ child pornographer(s), and no officer, director, or employee of Bizapedia has been convicted of any crime related to child pornography. Moreover, Bizapedia solely engages in lawful business activities. Contrary to the Statements, Bizapedia is not a scam or a fraudulent business. Thus, the Statements are simply false.

Bizapedia has been harmed by these false Statements. These Statements have tarnished Bizapedia's reputation and discouraged people from using the Bizapedia Website.

**Immunity Under the Communications Decency Act; Promotion of Self-Regulation of Content by Webmasters; Complaint Wire's Prohibition of Defamatory, Inaccurate and Abusive Statements**

We are aware that as a provider of an interactive computer service under the Communications Decency Act (CDA), Complaint Wire may be immune from liability arising from defamatory speech. 47 U.S.C. §230(c)(2). However, we must emphasize that an important purpose of the CDA is to promote the self-regulation of interactive computer services and the content displayed through these services. *800-JR Cigar, Inc. v. GoTo.com, Inc.*, 437 F. Supp. 2d 273 (D. NJ 2006), *citing* 47 U.S.C. §230(c)(1). Specifically, Congress passed the CDA as drafted in order to provide maximum protection to interactive computer services while promoting these services' self-regulatory activities of policing websites for false and defamatory speech, hate speech, and other speech that is not protected by the First Amendment. As a beneficiary of the protections afforded by the CDA, Complaint Wire promotes the purpose of the CDA by removing content that is false and defamatory—*i.e.* self-regulation while promoting the free flow of constitutionally protected communications. Thus, the CDA specifically immunizes interactive computer services from liability for any action voluntarily taken in good faith to restrict access to or availability of material that the provider considers to be harassing or otherwise objectionable, regardless of whether such material is constitutionally protected. *See* 47 U.S.C. §230(c)(2)(A).

---

[1] These statements are located at the following URL:
http://complaintwire.org/complaint/cHggBrmlZAY/bizapedia

ComplaintWire.org
January 14, 2014
Page 3 of 3

Not only is defamatory speech unprotected by the First Amendment, but the publication of such speech violates federal law, Nevada law and Complaint Wire's Terms of Service. Specifically, and as you are aware, Complaint Wire's Terms of Service prohibit users from posting any content that "is known by you to be false, inaccurate or misleading," or that "is unlawful . . . including any communication that constitutes (or encourages conduct that would constitute) a criminal offense, gives rise to civil liability or otherwise violates any local, state or federal law."

Based on the CDA's promotion of self-regulatory action, and pursuant to Complaint Wire's Terms of Service, we respectfully request that Complaint Wire exercise its right to investigate and take appropriate action by removing the Statements from the Complaint Wire Website.

## Our Request

As explained above, Complaint Wire has the opportunity to promote the publication of accurate and informative content by removing false and defamatory materials from its website. Bizapedia respectfully requests that Complaint Wire fulfill this goal by removing the above-referenced Statements pursuant to the CDA and Complaint Wire Terms of Service.

We look forward to your understanding and cooperation on this matter of great urgency to our client. If you have any questions about this matter, you may reach me at 415-955-1155, ext. 112, or at jeff@krinternetlaw.com.

This letter does not constitute a complete or exhaustive statement of all of Bizapedia's rights, claims, contentions or legal theories regarding this matter. Nothing stated herein is intended as, nor should it be deemed to constitute, a waiver or relinquishment of any of Bizapedia's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved. Additionally, please let this letter put you on notice that the Statements may result in litigation. Thus, please put into effect an appropriate litigation hold and ensure that all documents and information relating to the Statements and the authors of the Statements is preserved.

Sincerely,

KRONENBERGER ROSENFELD, LLP

Jeffrey M. Rosenfeld

Exhibit C



K R O N E N B E R G E R | R O S E N F E L D

150 Post Street
Suite 520
San Francisco, CA  94108

Phone   415.955.1155
Fax      415.955.1158
www.krinternetlaw.com

January 14, 2014

Consumer Opinion Corp. *dba* PissedConsumer.com
Pissed Consumer Legal Department
1562 First Ave #205-1942
New York, NY 10028

Consumer Opinion Corp
1204 Avenue U, Suite 1080
Brooklyn, New York, 11229

support@PissedConsumer.com

**VIA EMAIL AND FIRST CLASS MAIL**

> **RE:    Defamatory and Misleading Postings in Violation of Federal Law,
> Nevada Law and Pissed Consumer's Terms of Use**

Dear Sir or Ma'am:

We are legal counsel to Bizapedia, LLC ("Bizapedia").  We are writing in regard to postings on the website located at <pissedconsumer.com> (the "Pissed Consumer Website") that contain false and disparaging statements about Bizapedia.   We encourage you to exercise your discretion as an interactive computer service to remove these defamatory postings.

**Bizapedia**

Bizapedia is a Nevada-based limited liability company, which owns and operates the website located at <bizapedia.com> (the "Bizapedia Website").  Bizapedia collects information from business records that have been publicly filed with various government agencies.  Bizapedia then centralizes this business record information in a searchable database.  The Bizapedia Website allows users to search Bizapedia's business record database using the Bizapedia Website.  All of the business information that Bizapedia provides to its users through its Website is information that Bizapedia obtained from public filings with government agencies.  Bizapedia abides by all relevant state and federal law in its collection and display of this business information.

While Bizapedia does not charge people to run searches on the Bizapedia Website, Bizapedia is a commercial enterprise that generates revenue primarily through online advertising.

**False and Defamatory Posts About Bizapedia**

It has come to Bizapedia's attention that false and defamatory statements have been published on the Pissed Consumer Website.

//

- **Excerpt of Statement:** "It seems like this company is owned by the same guy who sells registered agent services. Isn't this a conflict of interest?  Read this... Bizapedia's registered agent through Inenvi is Incorp Physical Address for Incorp: 2360 Corporate Circle, Suite 400 Henderson, NV 89074-7739   Mailing: P.O. Box 94438   Las Vegas, NV 89193-4438  Ph: 702-866-2500 or 800-2-INCORP  Fax: 702-866-2689 Doug Ansell; Douglas B. Ansell 3675 Pecos-Mcleod   Las Vegas, NV 89121   Ph: 702-866-2500. . . .
  Bizapedia post everyone else's information but hide themselves because they know what they do is illegal. . . .
  Company that runs Bizpedia.com is owned by INCORP executives Douglas B. Ansell and Heath Allen. . . . They take your information and under INEVI, Inc., simply abuse it! The funny stuff is that Doug Ansell and Allen Heath aka Heath Allen d/b/a INCORP and INEVI has been previously convicted and sentenced to 16-40 months in jail time for possession of CHILD ***!!! This is the man that takes your information and publishes it on Bizapeida.com!!! . . . Shame on Douglass B. Ansell and Heath Allen and INCORP for exploiting public records for your financial gain and trying to hide your identities behind privacy proxies."
- **Location of Statement:**   http://www.pissedconsumer.com/reviews-by-company/bizapedia/bizapedia-anti-trust-20140101468042.html
- **Falsities in Statement:** Contrary to the above-referenced statement, Bizapedia is not owned by Inenvi, Inc. ("Inenvi") and Bizapedia's registered agent is not nor has it ever been Incorp Services, Inc. ("Incorp").  Douglas Ansell, is not the registered agent for Bizapedia and he is not, nor has he ever been an officer, director, or employee of Bizapedia. Bizapedia does not nor has it ever bought or sold information to or from Inenvi or Incorp.  Heath Allen is not nor has he ever been an "executive" of InCorp. Mr. Allen has never been convicted of any crime related to child pornography, and he has never been sentenced to jail time. Mr. Allen does not sell, nor has he ever sold registered agent services. Bizapedia does not "hide themselves because they know what they do is illegal." On the contrary, Bizapedia's activities are legal and Bizapedia's information is freely searchable on the site with the other 60 million public records. Mr. Allen has never gone by the name "Allen Heath." No current or former officer, director, or employee of Bizapedia has been convicted of crimes related to child pornography.

---

- **Excerpt of Statement:** "BIZAPEDIA.com TARGETTING MINOR AT RISK YOUTHS"
- **Location of Statement:**   http://www.pissedconsumer.com/reviews-by-company/bizapedia/bizapedia-com-targetting-minor-at-risk-youths-20131206462145.html
- **Falsities in Statement:** Bizapedia's business in no way concerns at risk youths. Rather, Bizapedia provides business record searches.

    This letter refers to the above-referenced statements collectively as the "Statements."   Bizapedia has been harmed by these false Statements.   These Statements have tarnished Bizapedia's reputation and discouraged people from using the Bizapedia Website.

**Immunity Under the Communications Decency Act; Promotion of Self-Regulation of Content by Webmasters; Pissed Consumer's Prohibition of Defamatory, Inaccurate and Abusive Statements**

We are aware that as a provider of an interactive computer service under the Communications Decency Act (CDA), Consumer Opinion Corp. *dba* PissedConsumer.com ("Pissed Consumer") is likely immune from liability arising from defamatory speech. 47 U.S.C. §230(c)(2). However, we must emphasize that an important purpose of the CDA is to promote the self-regulation of interactive computer services and the content displayed through these services. *800-JR Cigar, Inc. v. GoTo.com, Inc.*, 437 F. Supp. 2d 273 (D. NJ 2006), *citing* 47 U.S.C. §230(c)(1). Specifically, Congress passed the CDA as drafted in order to provide maximum protection to interactive computer services while promoting these services' self-regulatory activities of policing websites for false and defamatory speech, hate speech, and other speech that is not protected by the First Amendment. As a beneficiary of the protections afforded by the CDA, Pissed Consumer promotes the purpose of the CDA by removing content that is false and defamatory—*i.e.* self-regulation while promoting the free flow of constitutionally protected communications. Thus, the CDA specifically immunizes interactive computer services from liability for any action voluntarily taken in good faith to restrict access to or availability of material that the provider considers to be harassing or otherwise objectionable, regardless of whether such material is constitutionally protected. *See* 47 U.S.C. §230(c)(2)(A).

Not only is defamatory speech unprotected by the First Amendment, but the publication of such speech violates federal law, Nevada law and Pissed Consumer's Terms of Use. Specifically, and as you are aware, Pissed Consumer's Terms of Use prohibit users from posting any "defamatory, inaccurate, abusive, obscene, profane, offensive, threatening, harassing, racially offensive, spam, or illegal material, or any material that infringes or violates another party's rights (including, but not limited to, intellectual property rights, and rights of privacy and publicity)." The Terms of Use go on to require users to "warrant and represent that the information is truthful and accurate."

Based on the CDA's promotion of self-regulatory action, and pursuant to Pissed Consumer's Terms of Use, we respectfully request that Pissed Consumer exercise its right to investigate and take appropriate action by removing the Statements from the Pissed Consumer Website.

**Our Request**

As explained above, Pissed Consumer has the opportunity to promote the publication of accurate and informative content by removing false and defamatory materials from its website. Bizapedia respectfully requests that Pissed Consumer fulfill this goal by removing the above-referenced Statements pursuant to the CDA and Pissed Consumer's Terms of Use.

We look forward to your understanding and cooperation on this matter of great urgency to our client. If you have any questions about this matter, you may reach me at 415-955-1155, ext. 112, or at jeff@krinternetlaw.com.

//

PissedConsumer.com
January 14, 2014
Page 4 of 4

This letter does not constitute a complete or exhaustive statement of all of Bizapedia's rights, claims, contentions or legal theories regarding this matter.  Nothing stated herein is intended as, nor should it be deemed to constitute, a waiver or relinquishment of any of Bizapedia's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.  Additionally, please let this letter put you on notice that the Statements may result in litigation.  Thus, please put into effect an appropriate litigation hold and ensure that all documents and information relating to the Statements and the authors of the Statements is preserved.

Sincerely,

KRONENBERGER ROSENFELD, LLP

Jeffrey M. Rosenfeld

Exhibit D

KRONENBERGER | ROSENFELD

150 Post Street
Suite 520
San Francisco, CA  94108

Phone   415.955.1155
Fax      415.955.1158
www.krinternetlaw.com

January 14, 2014

USAConsumerComplaints.com

Domains By Proxy, LLC
DomainsByProxy.com
14747 N Northsight Blvd Suite 111, PMB 309
Scottsdale, Arizona 85260
usaconsumercomplaints.com@domainsbyproxy.com

**VIA FIRST CLASS MAIL AND EMAIL**

> **RE:    Defamatory and Misleading Postings in Violation of Federal Law, Nevada Law and USA Consumer Complaint's Rules**

Dear Sir or Ma'am:

We are legal counsel to Bizapedia, LLC ("Bizapedia").  We are writing in regard to postings on the website located at <USAConsumerComplaints.com> (the "USA Consumer Complaints Website") that contain false and disparaging statements about Bizapedia.  We encourage you to exercise your discretion as an interactive computer service to remove these defamatory postings.

**Bizapedia**

Bizapedia is a Nevada-based limited liability company, which owns and operates the website located at <bizapedia.com> (the "Bizapedia Website").  Bizapedia collects information from business records that have been publicly filed with various government agencies.  Bizapedia then centralizes this business record information in a searchable database.  The Bizapedia Website allows users to search Bizapedia's business record database using the Bizapedia Website.  All of the business information that Bizapedia provides to its users through its Website is information that Bizapedia obtained from public filings with government agencies.  Bizapedia abides by all relevant state and federal law in its collection and display of this business information.

While Bizapedia does not charge people to run searches on the Bizapedia Website, Bizapedia is a commercial enterprise that generates revenue primarily through online advertising.

**False and Defamatory Posts About Bizapedia**

It has come to Bizapedia's attention that false and defamatory statements have been published on the USA Consumer Complaints Website.

- **Excerpt of Statement:** "It seems like this company is owned by the same guy who sells registered agent services. Isn't this a conflict of interest?  Read this... Bizapedia's registered agent through Inenvi is Incorp Physical Address for Incorp: 2360 Corporate Circle, Suite 400 Henderson, NV 89074-7739   Mailing:

P.O. Box 94438  Las Vegas, NV 89193-4438  Ph: 702-866-2500 or 800-2-INCORP  Fax: 702-866-2689 Doug Ansell; Douglas B. Ansell 3675 Pecos-Mcleod  Las Vegas, NV 89121  Ph: 702-866-2500. . . .

Bizapedia post everyone else's information but hide themselves because they know what they do is illegal. . . .

Company that runs Bizpedia.com is owned by INCORP executives Douglas B. Ansell and Heath Allen. . . . They take your information and under INEVI, Inc., simply abuse it! The funny stuff is that Doug Ansell and Allen Heath aka Heath Allen d/b/a INCORP and INEVI has been previously convicted and sentenced to 16-40 months in jail time for possession of CHILD ***!!! This is the man that takes your information and publishes it on Bizapeida.com!!! . . . Shame on Douglass B. Ansell and Heath Allen and INCORP for exploiting public records for your financial gain and trying to hide your identities behind privacy proxies."

- **Location of Statement:**
  http://usaconsumercomplaints.com/miscellaneous/434919-posting-personal-information-without-consent-and-hiding-their-own-company-and-owners.html
- **Falsities in Statement:** Contrary to the above-referenced statement, Bizapedia is not owned by Inenvi, Inc. ("Inenvi") and Bizapedia's registered agent is not nor has it ever been Incorp Services, Inc. ("Incorp"). Douglas Ansell, is not, nor has he ever been the registered agent for Bizapedia and he is not an officer, director, or employee of Bizapedia. Bizapedia does not nor has it ever bought or sold information to or from Inenvi or Incorp. Heath Allen is not nor has he ever been an "executive" of InCorp. Mr. Allen has never been convicted of any crime related to child pornography, and he has never been sentenced to jail time. Mr. Allen does not, nor has he ever sold registered agent services. Bizapedia does not "hide themselves because they know what they do is illegal." On the contrary, Bizapedia's activities are legal and Bizapedia's information is freely searchable on the site with the other 60 million public records. Mr. Allen has never gone by the name "Allen Heath." No current or former officer, director, or employee of Bizapedia has been convicted of crimes related to child pornography.

---

- **Excerpt of Statement: "**Does that mean that Bizapedia is basically a way for Incorp to scam businesses?  They have thrown our public information on the web and then by using another company they want us to use their registered agent services!!!! WOW!!!! This sounds like huge fraud scheme by Bizapedia. I also do not understand that why Bizapedia is a legal business? All FIFTY states in the USA do NOT allow search of public records by personal information. EVEN GOOGLE respects this and they have never allowed serach of state records. Why has Bizapedia copied the state records of all 63 million american businesses and then thrown them on the internet?!!!!!"
- **Location of Statement:**
  http://usaconsumercomplaints.com/miscellaneous/434919-posting-personal-information-without-consent-and-hiding-their-own-company-and-owners.html
- **Falsities in Statement:**  Contrary to the above-referenced statement, Bizapedia does not have any business relationship with Incorp whereby it sells or purchases business record information, nor has it ever had such a relationship. Contrary to the above-referenced statement, Bizapedia's registered agent is not

USAConsumerComplaints.com
January 14, 2014
Page 3 of 4

nor has it ever been Incorp Services, Inc.  Contrary to the above-referenced statement, Bizapedia does not engage in a "scam business" or "fraud scheme."  Contrary to the above-referenced statement, Bizapedia is a legal business.  Contrary to the above-referenced statement, each of the fifty States allows public searches of business record information.

This letter refers to the above-referenced statements collectively as the "Statements."  Bizapedia has been harmed by these false Statements.  These Statements have tarnished Bizapedia's reputation and discouraged people from using the Bizapedia Website.

### Immunity Under the Communications Decency Act; Promotion of Self-Regulation of Content by Webmasters; USA Consumer Complaint Website's  Prohibition of Defamatory, Inaccurate and Abusive Statements

We are aware that as a provider of an interactive computer service under the Communications Decency Act (CDA), the USA Consumer Complaint's Website may be immune from liability arising from defamatory speech.  47 U.S.C. §230(c)(2).  However, we must emphasize that an important purpose of the CDA is to promote the self-regulation of interactive computer services and the content displayed through these services.  *800-JR Cigar, Inc. v. GoTo.com, Inc.*, 437 F. Supp. 2d 273 (D. NJ 2006), *citing* 47 U.S.C. §230(c)(1).  Specifically, Congress passed the CDA as drafted in order to provide maximum protection to interactive computer services while promoting these services' self-regulatory activities of policing websites for false and defamatory speech, hate speech, and other speech that is not protected by the First Amendment.  As a beneficiary of the protections afforded by the CDA, the USA Consumer Complaint Website promotes the purpose of the CDA by removing content that is false and defamatory—*i.e.* self-regulation while promoting the free flow of constitutionally protected communications.  Thus, the CDA specifically immunizes interactive computer services from liability for any action voluntarily taken in good faith to restrict access to or availability of material that the provider considers to be harassing or otherwise objectionable, regardless of whether such material is constitutionally protected.  *See* 47 U.S.C. §230(c)(2)(A).

Not only is defamatory speech unprotected by the First Amendment, but the publication of such speech violates federal law, Nevada law and USA Consumer Complaint's Rules.  Specifically, and as you are aware, USA Consumer Complaint's Rules prohibit users from posting any "unverified information or information without stating the sources, as well as information that might discredit some person or entity and has no relevant evidence."  The Rules go on to state, "[t]he complainant understands that if his complaint contains slander, false information or insult, it could result in liability under the applicable law."

Based on the CDA's promotion of self-regulatory action, and pursuant to USA Consumer Complaint's Rules, we respectfully request that you exercise your right to investigate and take appropriate action by removing the Statements from the USA Consumer Complaint Website.

//
//

USAConsumerComplaints.com
January 14, 2014
Page 4 of 4

**Our Request**

  As explained above, the USA Consumer Complaint Website has the opportunity to promote the publication of accurate and informative content by removing false and defamatory materials from its website.  Bizapedia respectfully requests that the USA Consumer Complaint Website can fulfill this goal by removing the above-referenced Statements pursuant to the CDA and the USA Consumer Complaint Website's Rules.

  We look forward to your understanding and cooperation on this matter of great urgency to our client.  If you have any questions about this matter, you may reach me at 415-955-1155, ext. 112, or at jeff@krinternetlaw.com.

  This letter does not constitute a complete or exhaustive statement of all of Bizapedia's rights, claims, contentions or legal theories regarding this matter.  Nothing stated herein is intended as, nor should it be deemed to constitute, a waiver or relinquishment of any of Bizapedia's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.  Additionally, please let this letter put you on notice that the Statements may result in litigation.  Thus, please put into effect an appropriate litigation hold and ensure that all documents and information relating to the Statements and the authors of the Statements is preserved.

Sincerely,

KRONENBERGER ROSENFELD, LLP

Jeffrey M. Rosenfeld

Exhibit E

# Information about Posts

**1 Review # 422121**

| | |
|---|---|
| Created By: | Anonymous Poster |
| Address: | Los Angeles, California |
| Phone Number: | - |
| IP: | 75.84.124.70 |
| Media Access Control (MAC) | N/A |
| Email: | - |
| Date and Time: | June 22, 2013 08:03 EST |

**Information on comment:**
**"I bust dishonest people all da" Jul 02,2013**

| | |
|---|---|
| Created By: | Anonymous Poster |
| Address: | N/A |
| Phone Number: | N/A |
| IP: | 108.184.212.213 |
| Media Access Control (MAC) | N/A |
| Email: | - |
| Date and Time: | July 02, 2013 15:10 EST |

**2 Review # 462145**

| | |
|---|---|
| Created By: | geoff1414 |
| Address: | Toronto, Ontario |
| Phone Number: | - |
| IP: | 69.196.143.223 |
| Media Access Control (MAC) | N/A |
| Email: | geoff141414@gmail.com |
| Date and Time: | December 06, 2013 19:37 EST |

**3 Review # 468042**

| | |
|---|---|
| Created By: | Anonymous Poster |
| Address: | - |
| Phone Number: | - |
| IP: | 173.69.162.52 |
| Media Access Control (MAC) | N/A |
| Email: | - |
| Date and Time: | January 01, 2014 14:51 EST |

**Information on comments to review #462145**
**4 "Jackies" Jan 01 from Las Vegas, Nevada**

| | |
|---|---|
| Created By: | Anonymous Poster |
| Address: | |
| Phone Number: | N/A |
| IP: | 173.69.162.52 |
| Media Access Control (MAC) | N/A |
| Email: | - |
| Date and Time: | January 01, 2014 17:53 EST |