**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BIZAPEDIA, LLC, | |
| Plaintiff, | Case No. 2:14-cv-00220-APG-GWF |
| vs. | **ORDER** |
| DOES 1-10, | Plaintiff's Second Ex Parte Motion for Leave to Conduct Early Discovery – #15 |
| Defendants. | |

Plaintiff Bizapedia, LLC presented to this Court its Second Ex Parte Motion for Leave to Conduct Early Discovery (#15) on April 25, 2014. Because the identity of the Defendants is unknown at this time, the Court considered the motion on an *ex parte* basis, without advance notice to Defendants.

The Court further finds that the present circumstances constitute an exceptional case justifying relief and good cause exists to allow discovery to be conducted in advance of the required Federal Rule of Civil Procedure 26(f) conference on discovery.

Having considered the motion, memoranda, supporting declarations, the pleadings and papers on file in this action, the relevant statutory and case law, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's Second Ex Parte Motion for Leave to Conduct Early Discovery (#15) is granted.

**IT IS FURTHER ORDERED** that Plaintiff is authorized to issue and serve subpoenas to Time Warner Cable Internet LLC, TekSavvy Solutions, Inc., and Verizon Online LLC, for the limited purpose of obtaining information sufficient to identify the names and locations of Defendants. **The subpoenas shall be limited to identifying the holder of the account associated**

**with the subject IP addresses during the time periods that allegedly defamatory or disparaging statements were posted on the watchdog websites.**

**IT IS FURTHER ORDERED** that if an entity served with a subpoena under this Order is a cable operator, as that term is defined in 47 U.S.C. §522(5), the Court hereby authorizes the disclosure of that entity's subscriber's personally identifiable information to the extent such disclosure is necessary to comply with the subpoena, pursuant to 47 U.S.C. §551(c)(2)(B).

DATED this 30th day of April, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge